**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  GLENDA MALLETT                § 
        MARKUS MALLETT                 §   Case No.: 08-01552
                                       §
                                       §
                                       §
                                       §
        Debtor(s)                      §
---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/24/2008.

2) This case was confirmed on 06/09/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/09/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/21/2009.

5) The case was converted on 12/30/2009.

6) Number of months from filing to the last payment: 22

7) Number of months case was pending: 26

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   17,950.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 7,421.00 |
| Less amount refunded to debtor | $ | 175.08 |
| **NET RECEIPTS** | $ | 7,245.92 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 531.76 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 531.76 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOA | OTHER | NA | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 250.00 | 190.89 | 190.89 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 297.00 | 309.57 | 309.57 | 16.29 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 25.00 | 25.00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 114,630.00 | 107,258.10 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | NA | 2,558.60 | 800.19 | 800.19 | .00 |
| HOUSEHOLD BANK | SECURED | NA | 15,507.90 | .00 | .00 | .00 |
| CATALYST INTERVENTIO | SECURED | NA | 1,384.29 | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,094.00 | 1,283.05 | 1,283.05 | 53.79 | .00 |
| GE MONEY BANK | UNSECURED | 4,242.00 | 4,242.81 | 4,242.81 | 223.23 | .00 |
| NORTHERN INDIANA PUB | UNSECURED | 273.00 | 173.65 | 173.65 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 297.00 | 297.57 | 297.57 | 15.67 | .00 |
| PREMIER BANK CARD | UNSECURED | 499.00 | 331.25 | 331.25 | 17.43 | .00 |
| PREMIER BANK CARD | UNSECURED | 449.00 | 511.24 | 511.24 | 15.99 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 950.00 | 948.04 | 948.04 | 39.75 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 910.00 | 910.63 | 910.63 | 38.18 | .00 |
| HOUSEHOLD BANK | SECURED | 9,722.00 | .00 | .00 | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 4,000.00 | .00 | 4,000.00 | 4,000.00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,302.76 | 380.12 | 380.12 | 380.12 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 7,500.00 | NA | NA | .00 | .00 |
| ASPIRE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| BANK FIRST | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| BANK ONE | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANK ONE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 772.00 | 702.50 | 702.50 | 21.98 | .00 |
| BLAZER FINANCIAL SER | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| BODY BY JAKE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CALVARY PORTFOLIO SV | UNSECURED | 937.07 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 1,341.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 47.00 | NA | NA | .00 | .00 |
| AFNI INC | UNSECURED | 2,859.00 | NA | NA | .00 | .00 |
| UNIVERSAL FIDELITY C | UNSECURED | NA | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 1,430.00 | 1,332.50 | 1,332.50 | 55.86 | .00 |
| COMCAST CABLE | UNSECURED | 274.00 | 273.77 | 273.77 | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 521.60 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 346.59 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CO | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| GEMB JC PENNEY | UNSECURED | 344.00 | NA | NA | .00 | .00 |
| HSBC/RHODES FURNITUR | UNSECURED | 5,022.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 2,144.00 | 1,836.51 | 1,836.51 | 96.63 | .00 |
| THE SAGRAS CO | UNSECURED | 559.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 10,611.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 702.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,931.00 | NA | NA | .00 | .00 |
| LASALLE NATIONAL BAN | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| LERNERS | UNSECURED | 242.00 | NA | NA | .00 | .00 |
| CBE GROUP | UNSECURED | 121.65 | NA | NA | .00 | .00 |
| MERCY HOSPITAL MEDIC | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| NEW AGE FURNITURE | UNSECURED | 2,379.43 | 2,702.83 | 2,702.83 | 142.21 | .00 |
| NEXTEL | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| NIPSCO | UNSECURED | 1,356.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 76.00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 831.19 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 1,107.00 | 1,107.76 | 1,107.76 | 46.45 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 553.13 | 552.22 | 552.22 | 17.28 | .00 |
| RESURGENT CAPITAL | UNSECURED | 810.50 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 10,611.00 | 11,317.75 | 11,317.75 | 595.48 | .00 |
| SAGE TELECOM INC | UNSECURED | 158.82 | 243.45 | 243.45 | .00 | .00 |
| SEARS/CBSD | UNSECURED | 351.00 | NA | NA | .00 | .00 |
| CIRCUIT CITY | UNSECURED | 1,672.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF HAMMOND INDI | UNSECURED | NA | NA | NA | .00 | .00 |
| ASSET/RNB/TARGET/RET | UNSECURED | NA | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 62.20 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 154.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 903.33 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 603.00 | 603.47 | 603.47 | 18.88 | .00 |
| VICTORIAS SECRET | UNSECURED | 257.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 11,556.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 19,944.00 | NA | NA | .00 | .00 |
| TARGET | UNSECURED | 297.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 2,903.00 | NA | NA | .00 | .00 |
| WELTMAN WEINBERG & R | UNSECURED | 6,496.40 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 2,257.04 | 2,257.04 | 118.75 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 89.76 | 89.76 | .00 | .00 |
| MORRISON & MIX | PRIORITY | NA | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 800.19 | 800.19 | .00 |
| Debt Secured by Vehicle | 4,000.00 | 4,000.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,800.19 | 4,800.19 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 380.12 | 380.12 | .00 |
| **TOTAL PRIORITY:** | 380.12 | 380.12 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 32,243.26 | 1,533.85 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 531.76 |
| Disbursements to Creditors | $ | 6,714.16 |
| **TOTAL DISBURSEMENTS:** | $ | 7,245.92 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   03/16/2010                             /s/ Tom Vaughn
                                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**